# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **8:05CR56** |
| | ) | |
| **MANUEL LOPEZ-GARCIA,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

Upon the joint oral motion of the parties,

**IT IS ORDERED** that the motion hearing on Motion to Determine Defendant's Name and Age (filing #16)  is continued to **June 30, 2005,** at **1:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 13th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge