FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 DEC -6 PM 1:53

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:05CR56 |
| ) | |
| vs. ) | ORDER FOR DISMISSAL |
| ) | |
| MANUEL LOPEZ-GARCIA, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 6 day of December, 2005, this matter is before the Court on the United States' Motion for Dismissal (Filing No. __). The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave is Court is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, Manuel Lopez-Garcia.

2. The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Manuel Lopez-Garcia.

BY THE COURT:

JOSEPH F. BATAILLON
Chief Judge, United States District Court